No. 362. MASICH *v.* UNITED STATES SMELTING, REFINING & MINING CO. ET AL. ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. *Clarence M. Beck, William A. Hilton* and *Elias Hansen* for appellant. *Paul H. Ray* and *Charles A. Horsky* for appellees. ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇

No. 38. LA CROSSE TELEPHONE CORP. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL.; and

No. 39. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL B–953, A. F. OF L. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. Motion of Communications Workers of America, Division 23, to be made a party of record and to participate in oral argument denied. Leave is granted to file a brief as *amicus curiae*. *Donald J. Martin* for the Communications Workers of America. Reported below: 251 Wis. 583, 30 N. W. 2d 241.

No. 41, Misc. GRIFFIN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. Petitioner *pro se*. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.